**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Yagoub M. MOHAMED, a/k/a
Mohammed A. Yagoub,
Defendant–Appellant.**

No. 14–6607.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Yagoub M. Mohamed, Appellant Pro Se. Michael Calvin Moore, Assistant United States Attorney, Gregg Robert Nivala, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yagoub M. Mohamed appeals the district court's order denying his petition for a writ of error coram nobis and his supplemental petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mohamed,* No. 3:01–cr–00177–REP–1, 2013 WL 6885513 (E.D.Va. Dec. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*